

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE CIRILO GARCIA-ZAMBRANO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,<br><br>    Respondents. | Case No. 5:26-cv-02041-VBF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The period for filing objections has passed and no objections have been filed.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition for  writ of habeas corpus is GRANTED.

No later than Wednesday, May 20, 2026, Respondents SHALL EITHER: (1) release Petitioner; or

(2) AFFORD Petitioner an individualized detention hearing – of which Petitioner shall receive adequate advance notice and at which he will have an opportunity to appear and be heard – and at which an impartial immigration judge expressly places the burden on the government to prove a basis for detention by clear and convincing evidence.

The Court declares that Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and is not subject to mandatory detention under § 1225(b)(2).

Respondents shall file a notice of compliance no later than Friday, May 22, 2026.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  May 12, 2026

_____

*Valerie Baker Fairbank*

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge

2