JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE CIRILO GARCIA-ZAMBRANO,

        Petitioner,

    v.

WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,

        Respondents.

Case No. 5:26-cv-02041-VBF-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED. No later than Wednesday, May 20, 2026, Respondents SHALL EITHER: (1) release Petitioner; or (2) AFFORD Petitioner an individualized detention hearing – of which Petitioner shall receive adequate advance notice and at which he will have an opportunity to appear and be heard – and at which an impartial immigration judge expressly places the burden on the government to prove a basis for detention by clear and convincing evidence.

The Court declares that Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and is not subject to mandatory detention under § 1225(b)(2).

Respondents shall file a notice of compliance no later than Friday, May 22, 2026.

IT IS SO ADJUDGED.

Date:  May 12, 2026

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2